UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TARA C. FELDER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. CV-06-0356-LRS<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. Pursuant to sentence four of 42 U.S.C. Section 405(g), the Commissioner's decision denying benefits is REVERSED and this matter is REMANED to the Commissioner for payment of Title II benefits to the plaintiff in accordance with the applicable law.

DATED this 7th day of August, 2007.

                                                JAMES R. LARSEN
                                              District Court Executive/Clerk


                                      by:   s/Cora Vargas
                                                 Deputy Clerk

cc: all counsel